Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

*Counsel for Plaintiff Daniel Greenberg*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DANIEL GREENBERG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST MARINE, INC., MATTHEW L. HYDE, BARBARA L. RAMBO, RANDOLPH K. REPASS, ALICE M. RICHTER, DENNIS F. MADSEN, CHRISTIANA SHI, JAMES F. NORDSTROM, JR., and ROBERT D. OLSEN,<br><br>Defendants. | Case No. 4:17-cv-4345-HSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

Case No. 4:17-cv-4345-HSG
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)

1 | Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure
2 | that plaintiff Daniel Greenberg ("Plaintiff") voluntarily dismisses the captioned action (the "Action")
3 | with prejudice as to Plaintiff only and without prejudice as to the putative class in the Action.  Because
4 | this notice of dismissal is being filed with the Court before service by Defendants of either an answer
5 | or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of
6 | this notice.

Dated: October 17, 2017                                **LEVI & KORSINSKY, LLP**

By: /s/ *Rosemary M. Rivas*
Rosemary M. Rivas
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

*Counsel for Plaintiff Daniel Greenberg*